1  DENNIS J. HERRERA, State Bar #139669
   City Attorney
2  JOANNE HOEPER, State Bar #114961
   Chief Trial Deputy
3  ROBERT A. BONTA, State Bar #202668
   PETER J. KEITH, State Bar #206482
4  Deputy City Attorneys
   Fox Plaza
5  1390 Market Street, Sixth Floor
   San Francisco, California 94102-5408
6  Telephone:    (415) 554-4268 (Bonta)
   Telephone:    (415) 554-3908 (Keith)
7  Facsimile:    (415) 554-3837
   E-Mail:       robert.bonta@sfgov.org
8  E-Mail:       peter.keith@sfgov.org

9  Attorneys for Defendants
   CITY AND COUNTY OF SAN FRANCISCO
10 and SHERIFF MICHAEL HENNESSEY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ESTER DOWNES, IN HER INDIVIDUAL CAPACITY AND AS PERSONAL REPRESENTATIVE FOR ISSIAH DOWNES AND THE ESTATE OF ISSIAH DOWNES,<br><br>Plaintiffs,<br><br>vs.<br><br>THE CITY AND COUNTY OF SAN FRANCISCO; Sheriff MICHAEL HENNESSEY; Undersheriff JANET DEMPSEY; Capt. JONAH PECOT; LT. JOHN CASEY; Senior Deputy MATTHEW WONG; Deputy SMITH-AL-GHANI; Deputy JUAN GUITRON; Deputy EDWARD GUTIERREZ; Deputy MEL SONG; Deputy KEN LOMBA; Deputy DAN WHITE; Deuty KEVIN MACKSOUD; PAULA AVERY; EMMANUEL BULATO; and DOES 2 THRU 100, all in their individual and official capacities,<br><br>Defendants. | Case No. CGC-10-4451 CW<br><br>**STIPULATION AND ORDER TO CONTINUE THE CASE MANAGEMENT CONFERENCE TO FEBRUARY 22, 2011**<br><br>Trial Date:     Not Set |

1  THE PARTIES TO THE ABOVE-ENTITLED ACTION hereby stipulate to continue the
Initial Case Management Conference set for January 11, 2011 at 2:00 p.m., to February 22, 2011.  The parties request this continuance to complete service on all individual defendants pursuant to FRCP rule 4 and so they may file their answers by the Initial Case Management Conference.

IT IS SO STIPULATED.

Dated:  December 17, 2010             DENNIS J. HERRERA
                                      City Attorney
                                      JOANNE HOEPER
                                      Chief Trial Deputy
                                      ROBERT A. BONTA
                                      PETER J. KEITH
                                      Deputy City Attorney


                                      By: *Peter J. Keith*
                                      PETER J. KEITH
                                      Attorneys for Defendants
                                      CITY AND COUNTY OF SAN FRANCISCO
                                      AND SHERIFF MICHAEL HENNESSEY


Dated:  December 17, 2010             LAW OFFICES OF GERI LYNN GREEN


                                      By:  */s/\**
                                      GERI LYNN GREEN
                                      Attorneys for Plaintiff ESTHER DOWNES
                                      *\*Pursuant to GO 45, the electronic signatory has obtained approval from this signatory.*

**ORDER**

**GOOD CAUSE SHOWN,** the Court hereby orders that the Initial Case Management Conference in the above entitled action set for January 11, 2011 is hereby continued to February 22, 2011 at 2:00 p.m.

Dated: 12/20/2010

                                      _____
                                      Honorable Claudia Wilken
                                      UNITED STATES MAGISTRATE JUDGE