1  DENNIS J. HERRERA, State Bar #139669
   City Attorney
2  JOANNE HOEPER, State Bar #114961
   Chief Trial Deputy
3  ROBERT A. BONTA, State Bar #202668
   PETER J. KEITH, State Bar #206482
4  Deputy City Attorneys
   Fox Plaza
5  1390 Market Street, Sixth Floor
   San Francisco, California 94102-5408
6  Telephone:     (415) 554-4268 (Bonta)
   Telephone:     (415) 554-3908 (Keith)
7  Facsimile:     (415) 554-3837
   E-Mail:        robert.bonta@sfgov.org
8  E-Mail:        peter.keith@sfgov.org

9  Attorneys for Defendants
   CITY AND COUNTY OF SAN FRANCISCO
10 and SHERIFF MICHAEL HENNESSEY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ESTER DOWNES, IN HER INDIVIDUAL CAPACITY AND AS PERSONAL REPRESENTATIVE FOR ISSIAH DOWNES AND THE ESTATE OF ISSIAH DOWNES,<br><br>  Plaintiffs,<br><br>  vs.<br><br>THE CITY AND COUNTY OF SAN FRANCISCO; Sheriff MICHAEL HENNESSEY; Undersheriff JANET DEMPSEY; Capt. JONAH PECOT; LT. JOHN CASEY; Senior Deputy MATTHEW WONG; Deputy SMITH-AL-GHANI; Deputy JUAN GUITRON; Deputy EDWARD GUTIERREZ; Deputy MEL SONG; Deputy KEN LOMBA; Deputy DAN WHITE; Deuty KEVIN MACKSOUD; PAULA AVERY; EMMANUEL BULATO; and DOES 2 THRU 100, all in their individual and official capacities,<br><br>  Defendants. | Case No. CGC-10-4451 CW<br><br>**STIPULATION AND ORDER DECLINING**<br><br>Trial Date:              Not Set |

Stip and Order Re Early Settlement Conference         1         c:\documents and settings\workstation\local
Downes v. CCSF, et al; No. 10-cv-4451 CW                         settings\temp\notes95ec0b\00672801.doc

1  THE PARTIES TO THE ABOVE-ENTITLED ACTION hereby stipulate to an Early
2  Settlement Conference with Magistrate Judge James Larson.
3  IT IS SO STIPULATED.

4  Dated:  January 7, 2011                    DENNIS J. HERRERA
                                              City Attorney
5                                             JOANNE HOEPER
                                              Chief Trial Deputy
6                                             ROBERT A. BONTA
7                                             PETER J. KEITH
                                              Deputy City Attorney
8

9
                                       By: _*Peter J. Keith*_____
10                                          PETER J. KEITH
                                            Attorneys for Defendants
11                                          CITY AND COUNTY OF SAN FRANCISCO
12                                          AND SHERIFF MICHAEL HENNESSEY

13
   Dated:  January 7, 2011                    LAW OFFICES OF GERI LYNN GREEN
14

15
                                       By: _/s/*_____
16                                          GERI LYNN GREEN
                                            Attorneys for Plaintiff ESTHER DOWNES
17                                          *Pursuant to GO 45, the electronic signatory has obtained
                                            approval from this signatory.*
18

19                                    **ORDER**

20  Stipulation declined.  Counsel should contact ADR unit for advice.

21  Dated: **1/14/2011**
                                            _____Claudia Wilken_____
22                                          Honorable Claudia Wilken
                                            UNITED STATES MAGISTRATE JUDGE