DENNIS J. HERRERA, State Bar #139669
City Attorney
JOANNE HOEPER, State Bar #114961
Chief Trial Deputy
ROBERT A. BONTA, State Bar #202668
PETER J. KEITH, State Bar #206482
Deputy City Attorneys
Fox Plaza
1390 Market Street, Sixth Floor
San Francisco, California 94102-5408
Telephone:     (415) 554-4268 (Bonta)
Telephone:     (415) 554-3908 (Keith)
Facsimile:     (415) 554-3837
E-Mail:        robert.bonta@sfgov.org
E-Mail:        peter.keith@sfgov.org

Attorneys for Defendants
CITY AND COUNTY OF SAN FRANCISCO
and SHERIFF MICHAEL HENNESSEY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ESTHER DOWNES, IN HER INDIVIDUAL CAPACITY AND AS PERSONAL REPRESENTATIVE FOR ISSIAH DOWNES AND THE ESTATE OF ISSIAH DOWNES,<br><br>　　　　Plaintiffs,<br><br>　　vs.<br><br>THE CITY AND COUNTY OF SAN FRANCISCO; Sheriff MICHAEL HENNESSEY; Undersheriff JANET DEMPSEY; Capt. JONAH PECOT; LT. JOHN CASEY; Senior Deputy MATTHEW WONG; Deputy SMITH-AL-GHANI; Deputy JUAN GUITRON; Deputy EDWARD GUTIERREZ; Deputy MEL SONG; Deputy KEN LOMBA; Deputy DAN WHITE; Deuty KEVIN MACKSOUD; PAULA AVERY; EMMANUEL BULATO; and DOES 2 THRU 100, all in their individual and official capacities,<br><br>　　　　Defendants. | Case No. 10-cv-4451 CW<br><br>**STIPULATION AND ORDER REFERRING PARTIES TO MAGISTRATE JUDGE JAMES LARSON FOR EARLY SETTLEMENT CONFERENCE**<br><br>Trial Date:　　　Not Set |

1  THE PARTIES TO THE ABOVE-ENTITLED ACTION hereby stipulate as follows:

2  1. Plaintiffs' counsel Geri Green, Esq. represents that her client Esther Downes, who sues
3  in her personal capacity as mother of decedent Issiah Downes and as personal representative of his
4  estate, is seriously ill.

5  2. The parties agree that Ms. Downes' serious illness constitutes GOOD CAUSE to
6  accelerate settlement discussions in this case. The parties have agreed to Magistrate Judge James
7  Larson as a settlement judge.

8  3. The parties have contacted Judge Larson's chambers to explain the circumstances, and
9  Judge Larson has indicated that he would be willing to calendar a settlement conference shortly, on
10 February 3, upon receipt of an order from this Court. Ms. Downes has made arrangements to be
11 present via telephone or video on this date. The parties are working in good faith to be prepared for an
12 effective settlement conference on this date.

13  IT IS SO STIPULATED.

14  Dated: January 21, 2011                DENNIS J. HERRERA
15                                          City Attorney
                                            JOANNE HOEPER
16                                          Chief Trial Deputy
                                            PETER J. KEITH
17                                          Deputy City Attorney

18                                    By: *Peter J. Keith*
19                                          PETER J. KEITH
                                            Attorneys for Defendants
20                                          CITY AND COUNTY OF SAN FRANCISCO
                                            AND SHERIFF MICHAEL HENNESSEY
21

22  Dated: January 21, 2011                LAW OFFICES OF GERI LYNN GREEN
23

24                                    By: */s/*
25                                          GERI LYNN GREEN
                                            Attorneys for Plaintiff ESTHER DOWNES
26                                          *Pursuant to GO 45, the electronic signatory has obtained
                                            approval from this signatory.*
27

28

|   |   |
|---|---|
| 1 | **ORDER** |
| 2 | Based upon the parties' representation that he has approved this request, the Court hereby |
| 3 | refers the above entitled action to Magistrate Judge James Larson for an early settlement conference. |
| 4 | Dated: **1/25/2011** |
| 5 | Honorable Claudia Wilken<br>UNITED STATES MAGISTRATE JUDGE |