DENNIS J. HERRERA, State Bar #139669
City Attorney
JOANNE HOEPER, State Bar #114961
Chief Trial Deputy
PETER J. KEITH, State Bar #206482
Deputy City Attorneys
Fox Plaza
1390 Market Street, Sixth Floor
San Francisco, California 94102-5408
Telephone:     (415) 554-3908 (Keith)
Facsimile:     (415) 554-3837
E-Mail:        peter.keith@sfgov.org

Attorneys for Defendants
CITY AND COUNTY OF SAN FRANCISCO, AND
SHERIFF MICHAEL HENNESSEY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ESTHER DOWNES, IN HER INDIVIDUAL CAPACITY AND AS PERSONAL REPRESENTATIVE FOR ISSIAH DOWNES AND THE ESTATE OF ISSIAH DOWNES,<br><br>Plaintiffs,<br><br>vs.<br><br>THE CITY AND COUNTY OF SAN FRANCISCO; Sheriff MICHAEL HENNESSEY; Undersheriff JANET DEMPSEY; Capt. JOHN CASEY; Senior Deputy MATTHEW WONG; Dpeuty SMITH-AL-GHANI; Deputy JUAN GUITRON; Deputy EDWARD GUTIERREZ; Deputy MEL SONG; Deputy KEN LOMBA; Deputy DAN WHITE; Deuty KEVIN MACKSOUD; PAULA AVERY; EMMANUEL BULATO; and DOES 2 THRU 100, all in their individual and official capacities,<br><br>Defendants. | Case No. C10-4451 CW<br><br>**STIPULATION AND ORDER AUTHORIZING CITY AND COUNTY OF SAN FRANCISCO TO DISCLOSE PHOTOGRAPHS**<br><br>Trial Date:          Not Set |

1  This stipulation is entered into by and between the plaintiffs and the defendants, by and
2  through their respective counsel.
3      1.    On September 7, 2009 ISSIAH DOWNES died while in custody of the San Francisco
4  Sheriff's Department.
5      2.    The City and County of San Francisco Medical Examiner's Office took photographs of
6  ISSIAH DOWNES and conducted an autopsy of ISSIAH DOWNES.
7      3.    The Medical Examiner's photographs are relevant to ongoing discovery and the
8  litigation of the instant action.
9      4.    Pursuant to California Code of Civil Procedure section 129, the photographs requested
10 cannot be released by the San Francisco Medical Examiner's Office except as authorized by Order of
11 the Court.
12     5.    The Parties stipulate to an order authorizing the release of the photographs and that the
13 photographs are to be used solely for the litigation of this action and subject to the already-existing
14 Protective Order in this action.
15 IT IS SO STIPULATED.
16 Dated:  January 25, 2011

DENNIS J. HERRERA
City Attorney
JOANNE HOEPER
Chief Trial Deputy
PETER J. KEITH
Deputy City Attorney


By: *Peter J. Keith*
PETER J. KEITH
Attorneys for Defendants
CITY AND COUNTY OF SAN FRANCISCO
AND SHERIFF MICHAEL HENNESSEY

| | |
|---|---|
| Dated: January 25, 2011 | LAW OFFICES OF GERI LYNN GREEN |
| | By: _____ |
| | GERI LYNN GREEN |
| | Attorneys for Plaintiff ESTHER DOWNES |
| | *Pursuant to GO 45, the electronic signatory has obtained approval from this signatory.* |

### **ORDER**

BASED ON THE ABOVE ENTERED STIPULATION, IT IS SO ORDERED.

Dated: 1/26/2011

_____
THE HONORABLE CLAUDIA WILKEN
UNITED STATES DISTRICT COURT JUDGE