DENNIS J. HERRERA, State Bar #139669
City Attorney
JOANNE HOEPER, State Bar #114961
Chief Trial Deputy
SEAN F. CONNOLLY, State Bar #152235
PETER J. KEITH, State Bar #206482
Deputy City Attorneys
Fox Plaza
1390 Market Street, Sixth Floor
San Francisco, California 94102-5408
Telephone:    (415) 554-3908 (Keith)
Facsimile:    (415) 554-3837
E-Mail:       peter.keith@sfgov.org

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ESTER DOWNES, IN HER INDIVIDUAL CAPACITY AND AS PERSONAL REPRESENTATIVE FOR ISSIAH DOWNES AND THE ESTATE OF ISSIAH DOWNES,<br><br>Plaintiffs,<br><br>vs.<br><br>THE CITY AND COUNTY OF SAN FRANCISCO; Sheriff MICHAEL HENNESSEY; Undersheriff JANET DEMPSEY; Capt. JONAH PECOT; LT. JOHN CASEY; Senior Deputy MATTHEW WONG; Deputy SMITH-AL-GHANI; Deputy JUAN GUITRON; Deputy EDWARD GUTIERREZ; Deputy MEL SONG; Deputy KEN LOMBA; Deputy DAN WHITE; Deputy KEVIN MACKSOUD; PAULA AVERY; EMMANUEL BULATO; and DOES 2 THRU 100, all in their individual and official capacities,<br><br>Defendants. | Case No. CGC-10-4451 CW<br><br>**STIPULATION AND ORDER TO CONTINUE THE INITIAL CASE MANAGEMENT CONFERENCE FROM MARCH 31, 2011 TO APRIL 21, 2011**<br><br>Trial Date:           Not Set |

Stip and Order Continuing CMC to 4/21/11           1           c:\documents and settings\workstation\local
Downes v. CCSF, et al; No. 10-cv-4451 CW                       settings\temp\notes95ec0b\stipulation and proposed order to
                                                               continue the initial case management conference.doc

1   THE PARTIES TO THE ABOVE-ENTITLED ACTION hereby stipulate to continue the
2   Initial Case Management Conference set in this action for March 31, 2011 at 2:00 p.m., to April 21,
3   2011 at 2:00 p.m.

4   The Court previously on its own motion (Doc. # 42) continued the Initial Case Management
5   Conference in this action to March 31, 2011, concurrently with hearing on Defendants' motion to
6   dismiss in part and motion to strike portions of Plaintiffs' Complaint. On March 4, 2011, Plaintiffs
7   filed a First Amended Complaint. Accordingly, Defendants filed a Notice of Withdrawal of Motion
8   (Doc. # 44).

9   The First Amended Complaint moots some but not all of the matters raised in Defendants'
10  motion, and also raises at least one new legal claim. Therefore, Defendants intend to file a motion to
11  dismiss in part and a motion to strike portions of Plaintiffs' First Amended Complaint. Defendants
12  intend to file the motion for hearing on April 21, 2011, at 2:00 p.m.

13  Accordingly, the parties jointly request and stipulate to continue the Case Management
14  Conference in this action to April 21, 2011, at 2:00 p.m.

15  IT IS SO STIPULATED.

16  Dated:  March 10, 2011                         DENNIS J. HERRERA
                                                   City Attorney
17                                                 JOANNE HOEPER
18                                                 Chief Trial Deputy
                                                   SEAN F. CONNOLLY
19                                                 PETER J. KEITH
                                                   Deputy City Attorneys
20

21                                              By: *Peter J. Keith*
                                                   PETER J. KEITH
22                                                 Attorneys for Defendants

23  Dated:  March 10, 2011                         LAW OFFICES OF GERI LYNN GREEN
24

25                                              By:  */s/*
                                                   GERI LYNN GREEN
26                                                 Attorneys for Plaintiffs
27                                                 *Pursuant to GO 45, the electronic signatory has obtained*
                                                   *approval from this signatory.*
28

Stip and Order Continuing CMC to 4/21/11        2       c:\documents and settings\workstation\local
Downes v. CCSF, et al; No. 10-cv-4451 CW                settings\temp\notes95ec0b\stipulation and proposed order to
                                                        continue the initial case management conference.doc

1 | [Proposed] Order next page.

Stip and Order Continuing CMC to 4/21/11  
Downes v. CCSF, et al; No. 10-cv-4451 CW

3

c:\documents and settings\workstation\local settings\temp\notes95ec0b\stipulation and proposed order to continue the initial case management conference.doc

**ORDER**

**GOOD CAUSE SHOWN,** the Court hereby orders that the Case Management Conference in the above entitled action set for March 31, 2011 at 2:00 p.m. is hereby continued to April 21, 2011, at 2:00 p.m.

Dated: 3/31/2011

_____
HONORABLE CLAUDIA WILKEN
UNITED STATES DISTRICT JUDGE

Stip and Order Continuing CMC to 4/21/11
Downes v. CCSF, et al; No. 10-cv-4451 CW

4

c:\documents and settings\workstation\local settings\temp\notes95ec0b\stipulation and proposed order to continue the initial case management conference.doc