| | |
|---|---|
| 1 | DENNIS J. HERRERA, State Bar #139669 |
|   | City Attorney |
| 2 | JOANNE HOEPER, State Bar #114961 |
|   | Chief Trial Deputy |
| 3 | SEAN F. CONNOLLY, State Bar #152235 |
|   | PETER J. KEITH, State Bar #206482 |
| 4 | Deputy City Attorney |
|   | 1390 Market Street, Sixth Floor |
| 5 | San Francisco, California 94102-5408 |
|   | Telephone:     (415) 554-3908 (Keith) |
| 6 | Facsimile:       (415) 554-3837 |
|   | E-Mail:          peter.keith@sfgov.org |

Attorneys for Defendants
CITY AND COUNTY OF SAN FRANCISCO
SHERIFF MICHAEL HENNESSEY, JAN DEMPSEY,
JOHNA PECOT, JOHN GARCIA, JOHN CASEY,
MATTHEW WONG, TONYETTE SMITH-AL GHANI,
JUAN GUITRON, EDWARD GUTIERREZ,
MEL SONG, KENNETH LOMBA, DAN WHITE,
KEVIN MACKSOUD, PAULA AVERY, AND
EMMANUEL BULATAO

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ESTHER DOWNES, IN HER INDIVIDUAL CAPACITY AND AS PERSONAL REPRESENTATIVE FOR ISSIAH DOWNES AND THE ESTATE OF ISSIAH DOWNES,<br><br>Plaintiffs,<br><br>vs.<br><br>THE CITY AND COUNTY OF SAN FRANCISCO; Sheriff MICHAEL HENNESSEY; Undersheriff JANET DEMPSEY; Capt. JONAH PECOT; Lt. JOHN GARCIA; Lt. JOHN CASEY; Senior Deputy MATTHEW WONG; Dpeuty SMITH-AL-GHANI; Deputy JUAN GUITRON; Deputy EDWARD GUTIERREZ; Deputy MEL SONG; Deputy KEN LOMBA; Deputy DAN WHITE; Deuty KEVIN MACKSOUD; PAULA AVERY; EMMANUEL BULATO; and DOES 1 THRU 100, all in their individual and official capacities,<br><br>Defendants. | Case No. C10-4451 CW<br><br>**STIPULATION RESOLVING PLAINTIFF'S ADMINISTRATIVE MOTION TO EXTEND TIME TO ACCEPT DEFENDANTS' OFFER TO COMPROMISE PURSUANT TO RULE 68**<br><br>**ORDER** |

# STIPULATION

1. On Friday April 1, 2011, Plaintiffs filed an administrative motion to extend time to accept Defendants' Offer to Compromise made under Rule 68, pursuant to the provisions of Rule 6 regarding the extension of time. (Document # 53.)

2. Counsel for Plaintiffs and Defendants have met and conferred and have agreed to resolve the matters contained in the administrative motion by this stipulation. The parties respectfully request that the Court endorse this stipulation by executing the proposed order submitted herewith.

3. Defendants' March 24, 2011 Offer to Compromise shall remain open until April 19, 2011 at 9 a.m. Pacific Daylight Time.

4. Defendants' time to respond to any discovery served by Plaintiffs shall not begin to run until April 19, 2011. However, this limitation shall not apply to a deposition notice served by Plaintiffs to take the deposition of Esther Downes on a date after April 19, 2011.

5. Upon the Court's execution of this proposed order, Plaintiffs' administrative motion will be deemed withdrawn.

6. The parties' stipulation to this resolution of Plaintiffs' administrative motion is a compromise of a disputed matter and shall not be construed as an admission by Defendants that the matters stated in Plaintiff's motion are correct, nor shall it be construed as an admission by Plaintiff that the matters stated in Plaintiff's motion are incorrect.

IT IS SO STIPULATED.

Dated:  April 4, 2011                    DENNIS J. HERRERA
                                         City Attorney
                                         JOANNE HOEPER
                                         Chief Trial Deputy
                                         SEAN F. CONNOLLY
                                         PETER J. KEITH
                                         Deputy City Attorneys

                                         By: *Peter J. Keith*
                                         PETER J. KEITH
                                         Attorneys for Defendants

*CONTINUED NEXT PAGE*

| | |
|---|---|
| Dated:  April 4, 2011 | LAW OFFICES OF GERI LYNN GREEN |
| | By: /s/* |
| | Geri Lynn Green |
| | Attorneys for Plaintiffs |

*Pursuant to GO 45, the electronic signatory has obtained approval from this signatory.*

### ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated:  4/8/2011

_____
HONORABLE CLAUDIA WILKEN
UNITED STATES DISTRICT JUDGE