DENNIS J. HERRERA, State Bar #139669
City Attorney
JOANNE HOEPER, State Bar #114961
Chief Trial Deputy
SEAN F. CONNOLLY, State Bar #152235
PETER J. KEITH, State Bar #206482
Deputy City Attorney
1390 Market Street, Sixth Floor
San Francisco, California 94102-5408
Telephone:    (415) 554-3908 (Keith)
Facsimile:    (415) 554-3837
E-Mail:       peter.keith@sfgov.org

Attorneys for Defendants
CITY AND COUNTY OF SAN FRANCISCO
SHERIFF MICHAEL HENNESSEY, JAN DEMPSEY,
JONAH PECOT, JOHN GARCIA, JOHN CASEY,
MATTHEW WONG, TONYETTE SMITH-AL GHANI,
JUAN GUITRON, EDWARD GUTIERREZ,
MEL SONG, KENNETH LOMBA, DAN WHITE,
KEVIN MACKSOUD, PAULA AVERY, AND
EMMANUEL BULATAO

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ESTHER DOWNES, IN HER INDIVIDUAL CAPACITY AND AS PERSONAL REPRESENTATIVE FOR ISSIAH DOWNES AND THE ESTATE OF ISSIAH DOWNES,<br><br>Plaintiffs,<br><br>vs.<br><br>THE CITY AND COUNTY OF SAN FRANCISCO; Sheriff MICHAEL HENNESSEY; Undersheriff JANET DEMPSEY; Capt. JONAH PECOT; Lt. JOHN GARCIA; Lt. JOHN CASEY; Senior Deputy MATTHEW WONG; Deputy SMITH-AL-GHANI; Deputy JUAN GUITRON; Deputy EDWARD GUTIERREZ; Deputy MEL SONG; Deputy KEN LOMBA; Deputy DAN WHITE; Deputy KEVIN MACKSOUD; PAULA AVERY; EMMANUEL BULATO; and DOES 1 THRU 100, all in their individual and official capacities,<br><br>Defendants. | Case No. C10-4451 CW<br><br>**STIPULATION TO VACATE ORDER OF CONDITIONAL DISMISSAL OF ACTION AND TO ENTER FINAL JUDGMENT PURSUANT TO RULE 68**<br><br>**ORDER** |

# STIPULATION

1. On March 24, 2011, Defendants served on Plaintiffs an Offer of Judgment pursuant to Rule 68. Plaintiffs' time to accept the Offer was extended pursuant to stipulation of the parties. Plaintiffs timely accepted the Offer and filed the acceptance and Offer with the Court (Doc. # 58).

2. The parties have further met and conferred and have agreed to modify the terms of the Rule 68 judgment, by stipulating to dismissal with prejudice of the claims of PLAINTIFF ESTHER DOWNES AS PERSONAL REPRESENTATIVE FOR ISSIAH DOWNES AND THE ESTATE OF ISSIAH DOWNES, with all parties to bear their own statutory and all other costs including but not limited to attorneys' fees. Said dismissal will leave PLAINTIFF ESTHER DOWNES, AN INDIVIDUAL, as the sole judgment creditor of DEFENDANT CITY AND COUNTY OF SAN FRANCISCO. The other terms of the Rule 68 judgment remain the same.

3. On April 20, 2011, the Court entered an Order of Conditional Dismissal based on Plaintiffs' acceptance of the Offer (Doc. #60). The parties jointly request that the Court vacate the Order of Dismissal and enter the attached Proposed Final Judgment reflecting the Offer, acceptance, and further stipulation of the parties in paragraph 2 above.

IT IS SO STIPULATED.

Dated: April 21, 2011                    DENNIS J. HERRERA
                                         City Attorney
                                         JOANNE HOEPER
                                         Chief Trial Attorney
                                         PETER J. KEITH
                                         Deputy City Attorney

                                         By: /s/ Peter J. Keith
                                         PETER J. KEITH
                                         Attorneys for Defendants
                                         CITY AND COUNTY OF SAN FRANCISCO, et al.

Dated: April 21, 2011                    LAW OFFICES OF GERI LYNN GREEN

                                         By: /s/ Geri Lynn Green*
                                         Geri Lynn Green
                                         Attorneys for Plaintiffs

                                         *Pursuant to GO 45, the electronic signatory has
                                         obtained approval from this signatory.

**ORDER**

PURSUANT TO STIPULATION, the April 20, 2011 Order of Conditional Dismissal is VACATED for purposes of entering a final judgment pursuant to Rule 68 and stipulation of the parties.

DATED:  4/26/2011

_____
HONORABLE CLAUDIA WILKEN
UNITED STATES DISTRICT COURT JUDGE